UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 24, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JAMES SMALLWOOD, ) <br> ) <br> Defendant. ) | Case No. 2:17MJ00034-AC-1 <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JAMES SMALLWOOD__ , Case No. __2:17MJ00034-AC-1__ , Charge __18USC § 922(a)(1)(A)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  __ Bail Posted in the Sum of $_____

  ✔ Unsecured Appearance Bond $100,000.00

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

  ✔ (Other)   Pretrial conditions as stated on the record.

**The defendant shall be released on 2/27/2017 @ 9:00 a.m. to the U.S. Pretrial Officer**

Issued at __Sacramento, CA__ on __February 24, 2017__ at __2:29 pm__

           By /s/ Allison Claire/s/ Allison Claire
             Allison Claire
             United States Magistrate Judge

Copy 2 - Court